The relief described hereinbelow is SO ORDERED

Done this 13th day of April, 2015.



*Dwight H. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | ) | CASE NO. 14-31397-DHW-13 |
| **Shandara Nettles** | ) | **CHAPTER 13** |
| xxx-xx-5871 | ) | |
|     **Debtor(s)** | ) | |

### CONSENT ORDER ON THE MOTION FOR RELIEF FROM STAY
### BY SANTANDER CONSUMER USA, INC.

This matter came on to be heard upon notice and hearing on the Motion For Relief From Stay filed by Santander Consumer USA, Inc.,("Santander"). The Court having been advised that a settlement has been reached, and upon consideration of same and for good cause having been shown, it is hereby ORDERED as follows:

    1.    The collateral that is the subject of this Order is a 2011 Jeep Patriot VIN: 1J4NT1GA3BD270847.

    2.    Beginning in May, 2015 and thereafter, if the Debtor fails to make any future plan payments in full to the Trustee in the month in which it becomes due, Santander shall give the Debtor and Debtor's attorney a twenty (20) day notice and an opportunity to cure said default and bring payments current within said twenty (20) days. If the Debtor fails to cure as provided herein, the automatic stay shall lift automatically as to the Debtor and Co-debtor as to the collateral without further notice or order of the Court. Santander shall send said notice and Debtor may cure said default on three (3) separate occasions only. Upon the fourth default of the Debtor to timely make the payments referenced above, the automatic stay shall lift automatically as to the Debtor and Co-debtor as to the collateral without further notice or order of the Court.

    3.    The specified monthly payment to Santander shall be $350.00 per month in order to pay Santander's secured claim in full over the remaining months of the plan.

4. Santander shall be allowed to file an additional secured Proof of Claim for $576.00 for attorney fees and court costs for this motion and shall be paid a specified monthly payment of $12.00 per month on said claim.

5. The Debtor's payments to the Trustee shall be $107.00 weekly to maintain the feasibility of the Debtor's plan.

6. If the Debtor defaults and Santander is granted relief under the terms of this Order, the automatic stay shall lift as to the Co-debtor to allow Santander to collect any portion of its unsecured claim not paid through the Debtor's plan.

7. If the Debtor defaults and Santander is granted relief from the automatic stay under the terms of this Order, the stay shall not remain in effect for an additional fourteen (14) day period pursuant to Rule 4001(a)(3) and Santander shall be entitled to immediately repossess and/or dispose of its collateral.

# # # END OF ORDER # # #

This order has been consented to by counsel for the Debtor and the Trustee.

Submitted by:

/s/ Allan M. Trippe
Allan M. Trippe
Monroe, Trippe & Brown, LLP
P. O. Box 531103
Birmingham, Alabama 35253
(205) 879-9220
allantrippe@lawbham.com