UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
SHANDARA NETTLES  
6554 TAYLOR RIDGE RD  
MONTGOMERY, AL  36116

Case No.14-31397-DHW  
Chapter 13

Debtor  
SSN: XXX-XX-5871

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

    FAMILY DOLLAR  
    ATTN PAYROLL  
    P O BOX 1017  
    CHARLOTTE, NC  28201

The above employer is authorized to pay all future wages to the debtor.

Done this Wednesday, May 20, 2015.

          */s/ Dwight H. Williams Jr.*  
          Dwight H. Williams Jr.  
          United States Bankruptcy Judge

**CC:**   SHANDARA NETTLES  
      FAMILY DOLLAR