UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: SHANDARA NETTLES
6554 TAYLOR RIDGE RD
MONTGOMERY, AL 36116

CASE NO: 14-31397-DHW

Soc. Sec. No. XXX-XX-5871
Debtor.

## INCOME WITHHOLDING ORDER

TO: VARIETY WHOLESALERS INC
ATTN PAYROLL
P O BOX 947
HENDERSON, NC 27536-0947

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that VARIETY WHOLESALERS INC withhold from the wages, earnings, or other income of this debtor the sum of **$215.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
14-31397-DHW SHANDARA NETTLES
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, June 15, 2015 .

cc: Debtor
 Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge